FILED

01/19/2021

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: OP 20-0553

IN THE SUPREME COURT OF THE STATE OF MONTANA

No. OP 20-0553

JASON ROOD,

      Petitioner,

  v.

VANCE LAUGHLIN, Warden,

      Respondent.

## ORDER

Upon consideration of Respondent's motion for a 60-day extension of time, and good cause appearing therefor,

IT IS HEREBY ORDERED that Respondent is granted an extension of time to and including March 23, 2021, within which to prepare, serve, and file its response.

MPD

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
January 16 2021